1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  WILLIAM J. EDELMAN (CABN 285177)
   Special Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234
        E-mail: william.edelman@usdoj.gov
8
9  Attorneys for the United States of America

   RICHARD H. WEYRICH
10 Law Clerk

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14
15 UNITED STATES OF AMERICA     ) CASE NO. CR 15-369
                                )
16      Plaintiff,               ) **[PROPOSED] ORDER FOR WARRANT**
                                )
17 v.                            )
                                )
18 NICHOLAS SHANE GALLAGHER,     )
                                )
19      Defendant.               )
                                )
20 ─────────────────────────────

21      Having reviewed the Declaration of Richard H. Weyrich in Support of the Government's Motion
22 for Warrant, it is hereby ordered that a bench warrant with bail set in the amount of $15,000 shall
23 immediately issue for the arrest of the defendant, Nicholas Shane Gallagher. This Order is based on a
24 finding by this Court under Federal Rule of Criminal Procedure 58(d)(3) that the facts set forth in the
25 Weyrich Declaration demonstrate probable cause that Defendant has committed the crimes with which
26 he is charged.
27 //
28 [PROPOSED] ORDER FOR WARRANT
   CR 15-369

                                    1

1     In light of Defendant's outstanding warrants on other, evasion-related charges, this Court finds
2 that a bench warrant is necessary to secure the defendant's appearance in court on the charges in this
3 matter.
4     IT IS SO ORDERED.
5
6 DATED: 7/27/15

                                              ~~HON. MARIA-ELENA JAMES~~
                                              United States Magistrate Judge
                                              NANDOR J. VADAS

[PROPOSED] ORDER FOR WARRANT
CR 15-369

2